# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Mohanad L. Ali, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 2021 |
| | ) | |
| vs. | ) | |
| | ) | Honorable Thomas D. Durkin |
| Officer T. Morris, Sergeant Koval, and the | ) | |
| Forest Preserve District of Cook County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Mohanad Ali, through the undersigned counsel, hereby accepts and provides notice that he has accepted Defendants' offer of judgment made by the Defendants on July 26, 2017, attached hereto as Exhibit A, and asks that the Clerk of Court enter judgment as provided by the Rule.

Respectfully submitted,

MOOR LAW OFFICE, P.C.

/s/     Edward R. Moor

Edward R. Moor, ARDC# 6205169
Moor Law Office, P.C.
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
312-726-6207

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| Mohanad L. Ali, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 2021 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Thomas D. Durkin |
| Officer T. Morris, Sergeant Koval, and the | ) | |
| Forest Preserve District of Cook County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COMES the Forest Preserve District of Cook County, Illinois, as Defendant and indemnitor, and/or potential indemnitor of Defendants, by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, and through her assistant, Allyson L. West, and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby offers to allow judgment to be taken by Plaintiff, MOHANAD ALI, in the amount of twelve thousand-five hundred dollars and zero cents ($12,500.00) against the Forest Preserve District of Cook County, Illinois, in this cause of action in return for termination of this litigation with prejudice against all named and unnamed defendants. This offer includes any and all attorney's fees and costs expended to this point, pursuant to 42 U.S.C. § 1988.

This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that Defendants are liable in this action or that Plaintiff has suffered any damage as a result of any action, unlawful custom, policy or practice.

Dated: July 26, 2017

Respectfully Submitted,
KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Allyson L. West*
Allyson L. West
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6299